# United States Court of Appeals for the Federal Circuit

---

**ERRATA**
January 27, 2012

---

2011-1391

MEDEVA PHARMA SUISSE A.G., WARNER
CHILCOTT PHARMACEUTICALS INC., and WARNER
CHILCOTT COMPANY, LLC,

Plaintiffs-Appellees,

v.

PAR PHARMACEUTICAL, INC., and EMET
PHARMACEUTICALS, LLC,

Defendants-Appellants.

---

Decided:  January 25, 2012
Nonprecedential Opinion

---

Please make the following changes:

Page 1, change "CHRISTOPHER N. SIPES, Covington &
Burling, LLP, of Washington, DC, argued for plaintiffs-
appellees.  With him on the brief were GEORGE F. PAPPAS
GARY M. RUBMAN, PAUL A. AINSWORTH, ROGER A. FORD
and BRIANNE BHARKHDA.